■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES C. MAYBERRY, Appellant. [668 NYS2d 518] —Judgment unanimously affirmed (*see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Supreme Court, Erie County, Tills, J.—Criminal Possession Controlled Substance, 2nd Degree.) Present—Denman, P. J., Lawton, Balio, Boehm and Fallon, JJ.